IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

DAVID EMANUEL

_____/

SEALED
INDICTMENT

1:23CR3 AW/ML

THE GRAND JURY CHARGES:

## INTRODUCTION

At all times material to this Indictment:

1. Southwest 96th Court was a public road in Cedar Key, Florida, in Levy County, and was administered by the State of Florida and its subdivision.

2. F.D.D., M.D., A.P., J.R., T.R., and E.S. were all Black males.

3. F.D.D., M.D., A.P., J.R., T.R., and E.S. were all surveying land owned by M.D. and located adjacent to Southwest 96th Court.

## COUNT ONE

On or about September 6, 2022, in the Northern District of Florida, the defendant,

**DAVID EMANUEL,**

using force and threat of force, willfully intimidated F.D.D., and attempted to injure

and intimidate, F.D.D., because of F.D.D.'s race and color, and because F.D.D. was enjoying a facility administered by the State of Florida and its subdivision. The offense included the use, attempted use, and threatened use of a dangerous weapon, that is, a vehicle.

All in violation of Title 18, United States Code, Section 245(b)(2).

## COUNTS TWO THROUGH SIX

On or about September 6, 2022, in the Northern District of Florida, the defendant,

## DAVID EMANUEL,

using force and threat of force, willfully intimidated and attempted to intimidate each victim in Counts 2 through 6 because of the race and color of each victim, and because each victim in Counts 2 through 6 was enjoying a facility administered by the State of Florida and its subdivision. The offense included the use, attempted use, and threatened use of a dangerous weapon, that is, a vehicle.

| COUNT | VICTIM |
| --- | --- |
| COUNT TWO | M.D. |
| COUNT THREE | A.P. |
| COUNT FOUR | J.R. |
| COUNT FIVE | T.R. |
| COUNT SIX | E.S. |

All in violation of Title 18, United States Code, Section 245(b)(2).

A TRUE BILL:

*Redacted*

_____2-28-2023_____
DATE

_____[signature]_____
JASON R. COODY
United States Attorney

_____[signature]_____
KAITLIN WEISS
Assistant United States Attorney

_____[signature]_____
LAURA-KATE BERNSTEIN
Trial Attorney