1   **Transcript of File 20220922 100319 Interview of David Emanuel**

3   **David Emanuel:** This all over the Black people deal?

5   **Cpl. Gregory:** Yeah.

7   **David Emanuel:** What's the deal with that?  They come and first threatened my daughter, when
8   she left here.

10  **Cpl. Gregory:** This is Deputy Gerace she's actually the investigating deputy. She's the one that
11  responded and actually started the investigation.

13  **Deputy Gerace:** I tried to look for you Tuesday and come and talk to you.

15  **David Emanuel:** No you didn't come to my house, you came one time.

17  **Deputy Gerace:** Yes, I came.

19  **David Emanuel:** I told my wife to tell you I'll be here in 10 minutes, just stay there.

21  **Deputy Gerace:** Your wife never told me that.  I came here at 8:30--

23  **David Emanuel:** Ten minutes later I was here and I ain't left.

25  **Deputy Gerace:** I told your wife to call, and she never did.

27  **David Emanuel:** Listen, I'm not calling anybody about something somebody's done to me and
28  my daughter.

30  **Deputy Gerace:** Okay, but we're not aware of that.

32  **David Emanuel:** I'm telling you what happened.

34  **Deputy Gerace:** How are we supposed to know that?

36  **David Emanuel:** My daughter's not here, but they cussed her first.  Cause that's her piece of
37  land, I gave it to her and their building a house down there.  She said that I'm trying to build a
38  house here, can you all park on your side of the road, they told her to F herself and all this shit.
39  Well, my daughter called me crying, going to work in Cedar Keys.  That's when I went down
40  there, said look here, dude, what the hell is goin' he says it ain't none of your effin business and
41  all this shit, and is that the way it's going to fucking be?  So I turned around in the road.  I didn't
42  do no fucking donut what they said, came back to my house and almost got in my
43  [INDISCERNIBLE] and run over all them son of a bitches in my road, their cars.  I wouldda run
44  right down the side of them. I says, I come to my house I thought about it, no, let it be.  So I left

1

here, and I wasn't doing over 30 miles an hour, and one of them was standing here to there to the road and there was four or five of them over there.  I didn't [INDISCERNIBLE] towards them, I didn't, I left here. That's the story.  I didn't threaten nobody.  I didn't run up by them, towards them.  I didn't do a donut in the road.  It's bullshit.  They come here every four or five years.  I've been here 24 years, and I've dealt with these black people.  Busloads of them coming down here. And line up.   I've made them get off my front drive before.  Cause I mow it man, you're making one of them big old buses cutting grooves in the front deal.  I said you ain't got no respect, park in the road.  Nobody lives back here but us.  Oh, it was a big deal then, there's been four or five different times with them. And it's bull crap. This is my son-in-law, that was my daughter that had the altercation with them first, before I even went by there.  I've even got the Tampa news people trying to get me to say something. I ain't saying nothing to nobody.  It wasn't no kind of deal.

**D.S.:** They threatened my wife to start with and she left.  Said man why don't y'all park on y'alls side of the property.  We maintain this side.  You pull down here, you spin out in the ditch.  We've had people going onto our property, taking dumps and everything else, littering, trespassing, everything else.

**David Emanuel:** And the [INDISCERNIBLE].  Now you got the Mexicans and every god damn body in the world trespassing on your land.  They're putting a camera down there now, because them black people, I've run them off of my fricking land, I--

**D.S.:** There ain't even a cemetery back there, but if you look it up on the damn, like on—

**Deputy Gerace:** It comes up as--

**D.S.:** It comes up as there's a cemetery back there.

**David Emanuel:** [INDISCERNIBLE] out of my property, out to the road, I said, you wasn't on my land, is that what you're doing?  I'm so sorry.  This has been going on for 24 years I've owned this place.  I was the first house built in here.  And I've dealt with them black people, and I ain't called him a nigger, or nothing.  I might have said hey you black son of a bitch I'll see you in hell, I might have said that, but I don't even know that he heard it.  This was out the window of my truck.  I never got out, never anything, and they're lucky I didn't.  Cause I'm one of them people.  He would have cussed my daughter like that, I'd have knocked him off his feet. And that's just the way I am. I ain't did nothing wrong.  You got the goddamn newspapers calling me, ten o'clock last night, or rather we want to put a story, your side the story and stuff.  There ain't no side to my story.  They was in the wrong.  Just because I went the speed limit's 30 miles an hour on any residential road.  I wasn't doing over 30, I mean what the, I don't understand it, what I've got to do with any of it, because I didn't stop and run them over, and I didn't beat the crap out of them.

**Deputy Gerace:** No one's saying you did that.

**David Emanuel:** What are they saying?

1  **Deputy Gerace:** What I have multiple witnesses telling me is that you came up--

3  **Cpl. Gregory:** Sir, right now, understand, we are just doing an investigation, ok?

5  **David Emanuel:** I know, but this has been going on for four days now.

7  **Cpl. Gregory:** So we want, we want, we want to get, exactly that, questions that we have to ask
8  you, but before we ask those questions, we have, this is going to sound bad, but I think you're
9  going to jail sir.

11  **David Emanuel:** [INDISCERNIBLE] been to jail a hundred times, I ain't scared of nothing.

13  **Cpl. Gregory:** Listen, we're going to read you *Miranda* okay, just because it's a criminal
14  investigation, we've got to read you *Miranda* so you're advised of your rights, before we can
15  legally ask you any specific questions [INDISCERNIBLE] we need to read you *Miranda*, ok?
16  [INDISCERNIBLE] as far as [INDISCERNIBLE] let me tell you what's going on.  I wasn't
17  there.  I'm the supervisor on this shift [INDISCERNIBLE] that's why I came out here, figure out
18  [INDISCERNIBLE].

20  **David Emanuel:** [INDISCERNIBLE] There wasn't anybody there.  Me, my daughter done left
21  and went to work.

23  **Cpl. Gregory:** Ok, she's gonna read you this, and we're here to figure out what happened sir.
24  That's why we're here.  She worked Tuesday [INDISCERNIBLE] the past two days,
25  [INDISCERNIBLE] so we came back today to try to figure out what all happened.  Ok, that's
26  why we're here. Let her read you that.

28  **Deputy Gerace:** I'm going to read this. You have the right to remain silent.  Anything you say
29  can and will be used against you in a court of law.  You have the right to talk to a lawyer and
30  have him or her question you, present with you while you are being questioned. If you cannot
31  afford to hire a lawyer, one will be appointed to you, [INDISCERNIBLE] time to exercise these
32  rights and not answer any questions or make any statements.  Do you understand these rights that
33  I've read to you?

35  **David Emanuel:** Yeah.

37  **Deputy Gerace:** Having these rights in mind, do you still wish to talk to us?

39  **David Emanuel:** I don't know.  What do you mean?  What have I got to say that's going to make
40  him--

42  **D.S.:** What has he done?

44  **David Emanuel:**  What am I going to say to make you go alright--

1  **D.S.:** What I'm saying, what, what's the offense? What are they saying that he did? When you
2  went there, did you see where he did a donut in the road or--
3
4  **Deputy Gerace:** I didn't see a donut, but I did see tire marks that were, and footprints--
5
6  **Cpl. Gregory:** Sir, sir, I want to do things the right way, and by court of law, I've got to read
7  you, or like she just did, read you these rights, so, but before I can ask questions or get into that
8  point, [INDISCERNIBLE] I've just got to--if you want to talk to us, we can talk about it, and
9  that's why we're here, but you've got to agree to talk to us. I'm trying to do this the right way.
10 That's why I'm here.
11
12 **David Emanuel:** [INDISCERNIBLE].
13
14 **Cpl. Gregory:** [INDISCERNIBLE] talk to us.
15
16 **David Emanuel:** Sure. I have nothing to hide.
17
18 **Cpl. Gregory:** And we don't think you did, but first to ask certain questions, we just got to get
19 through this, okay, so you're going to talk to us.
20
21 **David Emanuel:** I'm good, [INDISCERNIBLE].
22
23 **Cpl. Gregory:** Okay, now what's your question? You can ask your question, and now we can,
24 lawfully now I can answer your questions. [INDISCERNIBLE].
25
26 **David Emanuel:** I don't have no questions.
27
28 **D.S.:** What's the offense?
29
30 **Cpl. Gregory:** The allegation, it would be agg assault, aggravated assault, that would be the
31 allegation.
32
33 **D.S.:** Aggravated assault? How was that even aggravated assault? Like I said, he cussed at my
34 wife whenever my wife left. Yes. There's four black people and two other white guys over there
35 coming up to my wife''s car. She drives a little white, uh, black, uh, grey Mustang, pulled up
36 there and said, ma'am, would you all mind parking on your side of the road, and then he started
37 cussing--
38
39 **Cpl. Gregory:** That's what your wife said or the two white guys?
40
41 **D.S.:** My daughter said, my wife, his daughter, my wife.
42
43 **Cpl. Gregory:** So they were parked on your land.
44

**D.S.:** They were parking on our land over here. Yes, it is public right of way, whatever they want to say, and that's what he said, this is fucking public right of way, I can park any fucking where I want.

**Cpl. Gregory:** Was it on public right of way?

**D.S.:** Huh?

**Cpl. Gregory:** So they were on public right of way?

**D.S.:** Yes.

**David Emanuel:** The whole edge of the road outside of my gate--

[Cross-talk]

**D.S.:** He owns those five acres, and I own that five acres right there, and he maintains it. He mows it. You know what I mean? So park on your side of the road, do you know what I mean? That's all it was. That's all that was said, and he started eff bombing her--

**Cpl. Gregory:** He, one of the white guys?

**D.S.:** No, the black guy.

**David Emanuel:** No, the black guy.

[Cross-talk]

**David Emanuel:** There was two white guys was away from each of them.

**Cpl. Gregory:** Were they with the black guys or were they just separate?

**Deputy Gerace:** They were separate.

**David Emanuel:** What, the white guys were?

**Cpl. Gregory:** Well, you start up the conversation, there's four black guys and two white guys, so--

**D.S.:** Yeah, so they started coming over to her car, and that's when she left, and she called him, and she's like, look dude, I don't know what's going on, but--

**Cpl. Gregory:** So how was she threatened? That's important. We need to know that.

**David Emanuel:** Just a cuss word. [INDISCERNIBLE] my daughter the F word, I don't care.

1  **Cpl. Gregory:** There's a difference in being derogatory and threatening, so you said that they
2  threatened. How did they threaten her?
3
4  **D.S.:** Like I said, I wasn't there. I don't know.
5
6  **David Emanuel:** They didn't threaten her, they just told her it wasn't none of her effing business
7  because they own the right to the fricking road.
8
9  **Cpl. Gregory:** He was being rude and derogatory?
10
11 **David Emanuel:** Right.
12
13 **Cpl. Gregory:** Trying to understand what was going on.
14
15 **David Emanuel:** So I went down there 10 minutes later.
16
17 **Cpl. Gregory:** Because she called you.
18
19 **David Emanuel:** She called me going to work. Or to Gainesville. And I pulled down there, I
20 never got out of my truck. My big white F250 around there.
21
22 **Cpl. Gregory:** Okay. Not that one?
23
24 **David Emanuel:** No, that one's my brother-in-law's.
25
26 **Deputy Gerace:** That one on the other side.
27
28 **David Emanuel:** That's a '22 F250, there ain't no spinnin no donut.
29
30 **Cpl. Gregory:** Okay, so you went down there in the F250.
31
32 **David Emanuel:** Then I told them, rolled my window down and said, man, what in the hell's
33 going on, man, you're cussing my daughter like that. ==He told me to F myself, and it was an==
34 ==effing right of way,== he'd park any fucking where he wanted to.
35
36 **Cpl. Gregory:** Do they own this land over here or something?
37
38 **David Emanuel:** They don't, I don't think, the black people. Some white guys
39 [INDISCERNIBLE].
40
41 **D.S.:** I don't know exactly [INDISCERNIBLE]. Supposedly the story in the paper, which I just
42 actually found and was actually reading, I don't know if you've seen the--
43
44 **Cpl. Gregory:** Rosewood back in the day [INDISCERNIBLE].
45
46 **D.S.:** No, this is [INDISCERNIBLE].

1   **David Emanuel:** I'm telling you, Miami people's called me about putting this in the paper today,
2   last night.

4   **D.S.:** So this was on Facebook [INDISCERNIBLE].

6   **Cpl. Gregory:** You pulled down there in your truck, rolled the window down and--

8   **D.S.:** Asked them to park on their side of the road.

10  **David Emanuel:** [INDISCERNIBLE] when they cussed me, and all them saying shit to me, I
11  rolled down my window, and I went around their car and turned around in the ditch on my side
12  of the road, came down between where the cars was parked, pulled into this driveway, right back
13  there by that big old ass mud truck I have that would have rode over every one of them.  Cars, I
14  mean, I could have just went down the side of the road.  I can't see--I could have said, hey, you
15  know what I mean?  I'm just saying.  And I said, no, man, I ain't doing anything.

17  **D.S.:** Yeah, there was a big old story on that.

19  **David Emanuel:** I ain't doing no stupid shit like that.  I'll just go on and--

21  **Cpl. Gregory:** What did you do have to get back here?

23  **David Emanuel:** Nothing, I got out of my truck, damn near got in my F-250 big truck, it's on
24  tractor tires, you can't even reach the door handle and I said no, I got back in my truck, went out
25  my driveway and--

27  **D.S.:** Went to town and [INDISCERNIBLE].

29  **Cpl. Gregory:** You only had one interaction with them.

31  **D.S.:**  That was it, that's the only time he ever talked to them. Just one.

33  **David Emanuel:** And then I drove by there, 30 miles an hour or so here to the stop sign.

35  **Cpl. Gregory:** So were they between here and the stop sign?  They were between here and the
36  stop sign?

38  **David Emanuel:** They was on the road.  They was out there by their property.

40  **Cpl. Gregory:** When going to town, you had to pass them again.

42  **David Emanuel:** Yes, never rolled the window, bever nothing.

44  **D.S.:** Never rolled down the window, never talked to them again, and left.

46  **David Emanuel:** No, I did not. [INDISCERNIBLE].

1  **Cpl. Gregory:** I know you're trying to help him, buddy, you weren't there.

3  [cross-talk]

5  **David Emanuel:** I never rolled my window down hard, never nothing.

7  **Cpl. Gregory:** You passed them again.

9  **David Emanuel:** And went straight to town.  My wife called me, all upset, they're coming to
10 take you to jail.  For what?  For leaving here and somebody standing beside--

12 **Cpl. Gregory:** How close did you drive past him?  I'll tell you what, do me a favor, let's get in
13 your vehicle, let's go down where this happened at, can we do that?

15 **David Emanuel:** Sure.

17 **Cpl. Gregory:** Yeah, show me exactly where all this stuff happened at.

19 **David Emanuel:** You know where it's at right?

21 **Deputy Gerace:** I know where it's at.

23 [cross-talk]

25 **D.S.:** My wife works in town if we go to town, [INDISCERNIBLE] trading post, right under
26 Steamers.  Her name's [C], she works in there if you just want to go in there.  You got a
27 mosquito right in the center of your forehead, dang things are ferocious right now.  Yeah, they
28 got a big old story in there, but some guy keeps calling me.  Like I said, I wasn't there, but he
29 keeps giving me messages and all kinds of stuff.

31 [recorder off]

34 **David Emanuel:** I would have too, I was pissed off, but I was leaving, I was going--I had
35 enough of it.

37 **Cpl. Gregory:** Were you driving faster than usual probably?

39 **David Emanuel:** Guarantee it.  I mean, I wasn't holding the diesel to the floor and sliding around
40 and doing donuts.  And one guy was there, and three of them about right here, here, then one
41 way down there, and when I come back by, I turned around, and I went inside of them, they was
42 lined all the way down past that driveway, where they got a driveway, four or five
43 [INDISCERNIBLE].

45 **Cpl. Gregory:** The first time?

1   **David Emanuel:** Yeah.

3   **Cpl. Gregory:** Yeah, yeah, you know what I'm saying, but I thought [INDISCERNIBLE] had
4   nothing to do with you and he even said that.  He said you turned around, you never came on this
5   side of the road.  They were over here, and you were over there and—

7   **David Emanuel:** And I went down there.

9   **Cpl. Gregory:** And one of the guys said when you come out of your driveway, kind of driving
10  fast, the tire tracks show you driving straight down the road, straight as an arrow.  You don't
11  swerve, you don't do no kind of evasive action.  They said one guy was in the road, and when
12  they see you come out the road, he took off in the road, because you were driving kind of crazy.

14  **David Emanuel:** I would have too, would you not run?

16  **Cpl. Gregory:** Your tire tracks, don't show you fishtailing, they don't show you swerving.
17  Driving straight.

19  **David Emanuel:** If that truck would have just come, would you have run off the road if he was
20  coming at you? Or coming fast, just saying?  Yes, any normal person would get the hell out of
21  the road, they knew I was mad.  You know what I mean? They knew I was mad, they done said
22  something to my daughter.  I don't understand.

24  **Deputy Gerace:** We're just trying to investigate it, that's all it is.

26  **David Emanuel:** I don't know why.

28  **D.S.:** [INDISCERNIBLE] If he'd have wanted to run them over, he'd have run them over, you
29  know what I mean?  It ain't like—

31  **David Emanuel:** It ain't nothing.

33  **D.S.:** It ain't nothing like that.

35  **David Emanuel:** It was nothing like that.  It was nothing said that I'm going to come down here
36  and kill you black motherfuckers, you know what I mean?

38  **Cpl. Gregory:** And no one said you threatened them.

40  **David Emanuel:** I thought that that's what you're saying I said is that I threatened them.  I
41  ain't—

43  **Cpl. Gregory:** No, I said no one said you threatened them.

45  **David Emanuel:** I didn't.  I just said, man, that's real god damn bright of you, you know what I
46  mean?  I've lived here for 24 years.  I've owned this, and I own the corner one down there, and I
47  said why--I have never said anything to--busloads of these black bastards come down here and

9

1  ==get around here and never once have I said something to them, other than one time they parked==
2  ==on my grass there, and I'm talking about ruts==.
3
4  **D.S.:**  You can see—
5
6  **David Emanuel:**  You can see, right, where they—
7
8  **Cpl. Gregory:**  Give me one second.