IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 1:23-cr-3-AW-MAL

DAVID EMANUEL,

    Defendant.
_____/

# VERDICT

**Count One**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count One, interfering with a federally protected activity as to F.D.D.:

    __X__ Guilty

    _____ Not Guilty

**Count Two**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count Two, interfering with a federally protected activity as to M.D.:

    __X__ Guilty

    _____ Not Guilty

Filed in Open Court
7-26-23
Clerk, U.S. District Court
Northern District of Florida

**[CONTINUED ON NEXT PAGE]**

**Count Three**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count Three, interfering with a federally protected activity as to A.P.:

    __X__ Guilty

    _____ Not Guilty

**Count Four**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count Four, interfering with a federally protected activity as to J.R.:

    __X__ Guilty

    _____ Not Guilty

**Count Five**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count Five, interfering with a federally protected activity as to T.R.:

    __X__ Guilty

    _____ Not Guilty

**[CONTINUED ON NEXT PAGE]**

**Count Six**

We, the Jury, unanimously find the Defendant, David Emanuel, as to Count Six, interfering with a federally protected activity as to E.S.:

__✗__ Guilty

_____ Not Guilty

SO SAY WE ALL.